UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIA APPLUEWHITE,<br><br>            Plaintiff,<br><br>      v.<br><br>BREWER GLOBAL LLC & EMPLOYERS INSURANCE,<br><br>            Defendants. | Case No. 2:24-cv-01172-CDS-EJY<br><br>**ORDER** |

The Court is in receipt of an unexecuted Summons in which service was attempted on Brewer Global LLC. ECF No. 10. Plaintiff is advised to review the Nevada Secretary of State Business Entity Search portal to locate the name and address for Brewer Global LLC's registered agent on whom service should occur. It is that address at which Brewer Global may be served.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** send Plaintiff **one** additional USM 285 form.

IT IS FURTHER ORDERED that Plaintiff **must** return the completed USM 285 form, with the address for service of Brewer Global LLC, to the U.S. Marshal Service no later than **September 4, 2024**. The address to which the form is to be returned is:

> Gary G. Schofield
> U.S. Marshal, District of Nevada
> Lloyd D. George Federal Courthouse
> 333 Las Vegas Blvd. S., Suite 2058
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that the Clerk of Court **must** issue a second Summons for Brewer Global, LLC and deliver the same to the U.S. Marshal Service together with a copy of Plaintiff's Amended Complaint (ECF No. 5) and the Court's screening Order (ECF No. 6).

IT IS FURTHER that the U.S. Marshal Service **must** attempt service on Brewer Global, LLC no later than three (3) weeks after receipt of the USM-285 from Plaintiff, which service must include

1  the Summons, Plaintiff's First Amended Complaint, the Court's screening Order, and a copy of this
2  Order.
3         Dated this 21st day of August, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE