UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIA APPLUEWHITE,<br><br>    Plaintiff,<br><br>  v.<br><br>BREWER GLOBAL LLC & EMPLOYERS INSURANCE,<br><br>    Defendants. | Case No. 2:24-cv-01172-CDS-EJY<br><br>**ORDER** |

The Court reviewed the docket in this matter and finds Defendant Brewer Global, LLC ("Brewer") appears *pro se*. A business entity may not proceed in federal court except through counsel. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) (corporations, partnerships, and associations may not appear in federal court other than through a licensed attorney); *D-Beam Ltd. Partnership v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004) (corporations and other unincorporated associations, including limited liability partnerships must appear in court through an attorney); *Securities and Exchange Commission v. Pacheco*, Case No. CV 19-958-MWF (AFM), 2020 WL 5100844, at \*2 (C.D. Cal. Apr. 3, 2020) (limited liability companies cannot proceed pro se in a federal court action) (citing *Osgood v. Main Streat Mktg.*, LLC, Case No. 16cv2415-GPC(BGS), 2017 WL 7362740, at \*2 (S.D. Cal. Mar. 27, 2017) (explaining that a limited liability company may not proceed without counsel in federal court. The Court further notes Defendant's Answer (ECF No 13) appears to seek dismissal of Plaintiff's Complaint. The argument in the Answer is ineffective for that purpose. Finally, Defendant's Answer is subject to being stricken if Defendant does not retain counsel who appears on its behalf.

Accordingly, IT IS HEREBY ORDERED that Defendant must retain counsel and file a notice of appearance no later than **October 22, 2024**.

1

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to show cause why Defendant's Answer should not be struck.

Dated this 1st day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE