UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MIA APPLUEWHITE,<br><br>  Plaintiff,<br><br>  v.<br><br>BREWER GLOBAL LLC & EMPLOYERS INSURANCE,<br><br>  Defendants. | Case No. 2:24-cv-01172-CDS-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw as Counsel for All Defendants. ECF No. 28. The Court reviewed the docket and notes that Defendant Brewer Global LLC is represented by Michael M. Edwards of Freeman Mathis & Gary LLP in addition to Trevor J. Hatfield. In his Motion, Mr. Hatfield explains that such counsel was retained through Defendants' insurer.

Based on the foregoing, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for All Defendants (ECF No. 28) is GRANTED.

Dated this 30th day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE