1  MICHAEL M. EDWARDS, ESQ.
   Nevada Bar No. 6281
2  DEREK R. NOACK, ESQ.
   Nevada Bar No. 15074
3  **FREEMAN MATHIS & GARY, LLP**
   770 East Warm Springs Road, Suite 360
4  Las Vegas, NV 89119
   Tel.: 725.258.7360
5  Fax: 833.336.2131
   Michael.Edwards@fmglaw.com
6  Derek.Noack@fmglaw.com
   *Counsel for Brewer Global LLC*
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MIA APPLUEWHITE, | Case No.: 2:24-cv-01172-CDS-EJY |
|---|---|
| Plaintiff, | **JOINT REQUEST TO RESCHEDULE EARLY NEUTRAL EVALUATON** |
| vs. | |
| BREWER GLOBAL LLC & EMPLOYERS INSURANCE, | |
| Defendants. | |

Plaintiff, MIA APPLUEWHITE, (appearing pro se), and Defendant BREWER GLOBAL LLC by and through its counsel of record, Michael M. Edwards, Esq. and Derek R. Noack, Esq., of the law firm of Freeman Mathis & Gary, LLP, hereby jointly request to reschedule the forthcoming Early Neutral Evaluation ("ENE") session as follows:

1. Presently, an ENE has been set in this matter for Monday, December 9, 2024 at 10:00 a.m.
2. Plaintiff has communicated to Defendant that she is in the process of retaining counsel to represent her in the subject action. A scheduling conflict for defense counsel has also arisen and as such, the parties hereby jointly stipulate and request to continue the ENE session to a mutually agreed date in January 2025.

/ / /

/ / /

/ / /

/ / /

1

3. The parties met and conferred on November 26, 2024 and have agreed on the following five alternative dates for the ENE session:

    a. Tuesday, January 7, 2025

    b. Wednesday, January 8, 2025 (preferred)

    c. Thursday, January 9, 2025

    d. Tuesday, January 14, 2025, or

    e. Wednesday, January 15, 2025

**IT IS SO STIPULATED.**

DATED this 27th day of November 2024.

**FREEMAN MATHIS & GARY, LLP**

/s/ Derek R Noack
Michael M. Edwards, Esq.
Nevada Bar No. 6281
Derek R. Noack, Esq.
Nevada Bar No. 15074
770 E. Warm Springs Rd., Ste. 360
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*Brewer Global, LLC*

DATED this 27th day of November 2024.

Mia Appluewhite
Mia Appluewhite
1801 N. Green Valley Pkwy, Apt. 314
Henderson, Nevada 89074
*Plaintiff – Pro Se*
*(e-signature expressly authorized on November 27, 2024)*

For good cause appearing therein, the parties' stipulation is GRANTED. However, the Court is unavailable on the proposed dates and will therefore reset the conference on the next available date. Accordingly, IT IS ORDERED that the Early Neutral Evaluation currently scheduled for December 9, 2024 is **VACATED** and **RESET** for **March 3, 2025 at 10:00 a.m.**

IT IS FURTHER ORDERED that written evaluation statements are due by 4:00 p.m. on Monday, February 24, 2025.

IT IS FURTHER ORDERED that all other provisions of the Court's Order (ECF No. 18) shall govern the early neutral evaluation.

DATED: 12/3/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE