UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIA APPLUEWHITE<br><br>Plaintiff,<br><br>v.<br><br>BREWER GLOBAL LLC and EMPLOYERS INSURANCE<br><br>Defendants. | Case No. 2:24-cv-01172-CDS-EJY<br><br>**ORDER** |

Plaintiff is no longer at the address on file with the Court (*see* ECF No. 39) and has failed to file her updated address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1. This Rule states *pro se* parties must "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." *Id*. Failure of a *pro se* party to update her address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id*.

Accordingly, IT IS HEREBY ORDERED that no later than **January 10, 2025** Plaintiff must file an updated address with the Court.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order *may* result in a recommendation to dismiss this case without prejudice.

DATED this 5th day of December, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE