**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MS. MIA APPLUEWHITE,<br><br>    Plaintiff,<br><br>v.<br><br>BREWER GLOBAL LLC, et al.,<br><br>    Defendants. | Case No. 2:24-cv-01172-CDS-EJY<br><br>**ORDER SCHEDULING EARLY NEUTRAL EVALUATION** |

Due to a conflict in the Court's schedule, **IT IS ORDERED** that the Early Neutral Evaluation scheduled for Monday, March 3, 2025 at 10:00 a.m. is **VACATED** and **RESET** for **Thursday, March 6, 2025 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that the written evaluation statements are due Thursday, February 27, 2025.

**IT IS FURTHER ORDERED** that all other provisions of the Court's Order (ECF No. 18) shall remain in effect.

**IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this Order to Plaintiff.

DATED: January 27, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE