UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Mia Appluewhite, | Case No. 2:24-cv-01172-CDS-EJY |
| Plaintiff | Order Granting Defendant's Unopposed Motion to Dismiss |
| v. | |
| Brewer Global LLC, | [ECF No. 50] |
| Defendant | |

Plaintiff Mia Appluewhite brings this discriminatory termination action against Brewer Global LLC. Compl., ECF No. 1-1. On June 5, 2025, Brewer Global moved to dismiss this action for Appluewhite's failure to comply with court orders and failure to prosecute. Mot. to dismiss, ECF No. 50. Any opposition to that motion was due by June 20, 2025. *See* ECF No. 51; *see also* Local Rule 7-2(b) (deadline for responses to motions, other than those for summary judgment, is fourteen days after service of the motion). That deadline passed without any response, leaving the motion to dismiss unopposed.

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem Appluewhite's failure to respond to the motion to dismiss as consent to granting the motion.

## Conclusion

IT IS HEREBY ORDERED that defendant's motion to dismiss **[ECF No. 50] is GRANTED**, therefore the first amended complaint is dismissed without prejudice.

The Clerk of Court is kindly directed to enter judgment accordingly and to close this case.

Dated: July 10, 2025

_____
Cristina D. Silva
United States District Judge